UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TRUSTEES OF THE INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387 PENSION FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387 SOUTHERN OHIO HEALTH AND WELFARE FUND, and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387 JOINT APPRENTICESHIP AND TRAINING COMMITTEE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| VS. | )   CAUSE NO. 4:12-cv-0002-RLM-APR |
| ASI LIMITED | )<br>) |

## ORDER

COME NOW, the Plaintiffs, by counsel, Charles L. Berger, of the firm of Berger and Berger, LLP, and files their Motion Requesting Audit. The Court, being duly advised, hereby GRANTS said Motion.

**IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the Defendant is required to produce the requested documents for the auditing purposes of the Plaintiffs and the Plaintiffs' auditing firm by a specific time to be determined by the Court.

Dated this 27th day of April, 2012.

                                                        <u>s/Andrew P. Rodovich</u>
                                                       ANDREW P. RODOVICH
                                                       UNITED STATES MAGISTRATE JUDGE

Copies To:

Charles L. Berger, Esq.
313 Main Street
Evansville, IN 47708

Kenneth W. Smith
President
ASI Limited
4485 South Perry Worth Road
Whitestown, Indiana  46075