UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TRUSTEES OF THE INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387 PENSION FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387 SOUTHERN OHIO HEALTH AND WELFARE FUND, and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES GLAZIERS LOCAL UNION 387 JOINT APPRENTICESHIP AND TRAINING COMMITTEE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| VS. | ) CAUSE NO. 4:12-cv-0002-RLM-APR |
| ASI LIMITED | ) ) |

## STATUS UPDATE

Come now the Plaintiffs, by counsel, Charles L. Berger of the firm of Berger and Berger, LLP and advises the Court that an audit has recently been completed and recently received. Additional time is needed to finalize a Default Judgment since the Defendant's counsel has withdrawn and no Answer has been filed in this matter. Counsel believes an additional Sixty (60) days is required to finalize a Default Judgment.

**WHEREFORE**, the Plaintiffs request the Court for an additional Sixty (60) days to move forward with a Default Judgment.

        Respectfully Submitted,

        s/Charles L. Berger, Esq.
        CHARLES L. BERGER
        A Member of the Firm of
        BERGER AND BERGER
        313 Main Street
        Evansville, Indiana  47708
        Telephone:  (812) 425-8101
        cberger@bergerlaw.com
        Attorney No. 2698-82

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. For those parties who do not have access to the Court's electronic filing system, a copy of the foregoing document has been served via the United States Postal Service.

    Kenneth W. Smith
    President
    ASI Limited
    4485 South Perry Worth Road
    Whitestown, Indiana  46075

        s/ Charles L. Berger, Esq.
        Charles L. Berger